UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

DOUGLAS BERGMAN,

               Plaintiff,

  -against-


JO ANNE B. BARNHART,
COMMISSIONER OF SOCIAL SECURITY,


              Defendant.

-------------------------------------------------------------X

JUDGMENT
04-CV- 3054 (CBA)

**FILED**
IN CLERK'S OFFICE
U S DISTRICT COURT E.D.N.Y
★
'SEP 2 6 2006 ★

P.M. _____
TIME A.M. _____

An Order of Honorable Carol Bagley Amon, United States District Judge, having
been filed on September 21, 2006, denying the Secretary's motion; granting plaintiff's
cross-motion seeking reversal of the administrative judgment; and remanding the case to the
Secretary for calculation and disbursement of benefits; it is

ORDERED and ADJUDGED that the Secretary's motion is denied; that
plaintiff's cross-motion seeking a reversal of the administrative judgment is granted; and that
the case is remanded to the Secretary for calculation and disbursement of benefits.


Dated: Brooklyn, New York
       September 21, 2006

/s/
ROBERT C. HEINEMANN
Clerk of Court